NORMAN G. HARTLOFF, Appellant, v LORIGO, LLC, Respondent. [890 NYS2d 885]— Present—Hurlbutt, J.P., Centra, Fahey, Peradotto and Gorski, JJ.

TRACY DEMMIN, Respondent, v STANLEY SMIECH et al., Respondents, and NEWSPAPER HOLDINGS, INC., Appellant. [890 NYS2d 887]— Present—Hurlbutt, J.P., Centra, Fahey, Peradotto and Gorski, JJ.